IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MONTREAL D. EVANS
ADC #800151                                                          PLAINTIFF

v.                              No. 4:25-cv-56-DPM-BBM

BLAND, APN, Cummins Infirmary, ADC                    DEFENDANT

ORDER

Unopposed recommendation, *Doc. 4*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Evans's Eighth Amendment inadequate-medical-care claim against APN Bland in her individual capacity proceeds. His official capacity claim is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_13 November 2025_